# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 08-10928-JKO

Adversary Number: 10-02916-JKO

In re:

Name of Debtor(s): Tousa, Inc., *et al.*
-----------------------------------------/

**TOUSA Homes, Inc.**

Plaintiff(s),

vs.

**Fossil Creek Drywall, Inc.**

Defendant(s).
-----------------------------------------/

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS

## SUMMONS AND NOTICE OF PRETRIAL/TRIAL IN AN ADVERSARY PROCEEDING – TRACK 4

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within **60 days** (as stated by the order entered by this Court governing all preference recovery adversary proceedings [D.E. #3509 in main case no. 08-10928] (the "Procedures Order")) after the date of issuance of this Summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within the time allotted by the Procedures Order.

**Federal Building
299 E Broward Blvd, Room 112
Ft Lauderdale FL 33301**

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorney.

Name and address of Plaintiffs' Attorney
Kristopher Aungst, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., Ste. 1000
Miami, FL 33131

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012. Pursuant to BR 7007.1, and Local Rule 7003-1(B)(2) corporate defendants must file a corporate ownership statement.

2578172-1

**PRETRIAL CONFERENCE INFORMATION:**

Date:     **Thursday, January 27, 2011**

Time:     **9:30 a.m.**

Location:  U.S. Courthouse, 299 E. Broward Blvd., #301, Fort Lauderdale, FL  33301

**TRIAL INFORMATION**

**THE TRIAL WILL BE SCHEDULED AT THE PRETRIAL CONFERENCE**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**BERGER SINGERMAN, PA**
**Attorney for Plaintiff**

By:     */s/ Kristopher Aungst*
          Per the Procedures Order



Dated:  May 4, 2010

2578172-1

## CERTIFICATE OF SERVICE

I, _____, certify that service of the summons and a copy of the complaint was made on _____ by:

☐     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐     Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐     Residence Service: By leaving the process with the following adult at:

☐     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following office of the defendant at:

☐     Publication: The defendant was served as follows: [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing to be true and correct.

_____                 _____
Date                                                                                   Signature

| **Print Name:** | | |
|---|---|---|
| **Address:** | | |
| **City:** | **State:** | **Zip:** |

2578172-1